UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

B.A. Draughn,                                    Civil No. 11-2941 (RHK/LIB)

        Plaintiff,                          **ORDER**

vs.

Director(s) V.A. Hospitals, St. Cloud,
Minnesota, Topeka, Kansas,

        Defendants.

---

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 6) is **ADOPTED**;

2. Plaintiff's application for leave to proceed in forma pauperis, (Doc. No. 2) is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: November 14, 2011

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge